RECEIVED
USDC, WESTERN DISTRICT OF LA
DATE 02-10-09
BY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| SHONE JEANLOUIS, ET AL | CIVIL ACTION NO. 08-956 |
| VERSUS | JUDGE MELANÇON |
| RONALD VIDALLIA, ET AL | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

The motion to dismiss [rec. doc. 6] was referred to United States Magistrate Judge Mildred Methvin for Report and Recommendation. After an independent review of the record, including plaintiffs' Objection [Rec. Doc. 23] and defendants' Response to thereto [Rec. Doc. 24], the Court concludes that the Report and Recommendation of the Magistrate Judge [Rec. Doc. 19] is correct and adopts the findings and conclusions therein as its own. Accordingly, it is

**ORDERED** that defendants' Motion to Dismiss [Rec. Doc. 6] is **GRANTED** and plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** this 4th day of February, 2009 at Lafayette, Louisiana.

_____
Tucker L. Melançon
United States District Judge